**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6418**

FREDERICK BANKS,

Petitioner - Appellant,

v.

S.A. SEAN LANGFORD; S.A. ROBERT WERNER; DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT, 1615 M Street, NW Washington DC 20419; S.A. TIMOTHY PIVNICHNY; FBI; HON MARK HORNAK; HON JOY FLOWERS CONTI; HON NORA BARRY FISHER; HON THOMAS HARDIMAN; DAVID ANDERCHAK, US Postal Inspector; U.S. POSTAL INSPECTION SERVICE; MIKE POMPEO, Director of Central Intelligence; CIA; UNITED STATES OF AMERICA; AUSA ROBERT CESSAR; AUSA PAUL HULL; AUSA BRENDAN CONWAY; DAVID HICTON, US Attorney,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:16-hc-02141-D)

Submitted: June 20, 2017                    Decided: June 23, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Frederick Hamilton Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Banks appeals the district court's orders dismissing as frivolous his self-styled "Complaint for a Writ of Mandamus; and Motion to Disclose Electronic Surveillance under 50 USC 1806(f)[,]" and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and, for the reasons stated by the district court, dismiss the appeal as frivolous. *Banks v. Langford*, No. 5:16-hc-02141-D (E.D.N.C. Mar. 15, 2017 & Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*